## MIKE BOULWARE *v.* COMMISSIONER OF CORRECTION

The petitioner Mike Boulware's petition for certification for appeal from the Appellate Court, 66 Conn. App. 869 (AC 21166), is denied.

*Katharine S. Goodbody*, assistant public defender, in support of the petition.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in opposition.

Decided January 10, 2002

## LOIS BROWN *v.* STATE OF CONNECTICUT, DEPARTMENT OF MENTAL HEALTH AND ADDICTION SERVICES

The plaintiff's petition for certification for appeal from the Appellate Court, 66 Conn. App. 882 (AC 21094), is denied.

*Brian W. Prucker*, in support of the petition.

*Philip M. Schulz*, assistant attorney general, in opposition.

Decided January 10, 2002